# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KRISTOFER A. STANSEL,**

    **Plaintiff,**

v.                                            Case No. 4:14cv674-MW/CAS

**WARDEN J. SOREY,**
**ASSISTANT WARDEN JERRY LONG,**
**MAJOR EDDIE JONES, and**
**CHAPLAIN DARRELL BRITT,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 89. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' motion for summary judgment, ECF No. 78, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants are

1

dismissed with prejudice." The Clerk shall close the file.

**SO ORDERED on September 13, 2017.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**